# EXHIBIT A



CT Corporation
**Service of Process Notification**
09/07/2023
CT Log Number 544666597

## Service of Process Transmittal Summary

**TO:** Maryellen Percuoco, Paralegal And Legal Assistant
Group 1001 Innovation Solutions, LLC (Delaware Life)
1601 TRAPELO RD STE 30
WALTHAM, MA 02451-7360

**RE:** Process Served in Rhode Island

**FOR:** DELAWARE LIFE INSURANCE COMPANY (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | LOUISE M. MOSKOWITZ as Executrix of the Estate of Joseph J. Palagi vs. DELAWARE LIFE INSURANCE COMPANY |
| **CASE #:** | NC20230290 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, East Providence, RI |
| **DATE/METHOD OF SERVICE:** | By Process Server on 09/07/2023 at 11:34 |
| **JURISDICTION SERVED:** | Rhode Island |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air, 1ZX212780122222623 |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
450 Veterans Memorial Highway
Suite 7A
East Providence, RI 02914
866-203-1500
DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Sep 7, 2023
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | DELAWARE LIFE INSURANCE COMPANY |
| Case Number | NC-2023-0290 |
| Jurisdiction | RI |

| Inserts | |
|---|---|
| | |





# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

### SUMMONS

| | Civil Action File Number<br>NC-2023-0290 |
|---|---|
| **Plaintiff**<br>Louise Moskowitz<br>v.<br>Delaware Life Insurance Company<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Kevin M Daley<br>**Address of the Plaintiff's Attorney or the Plaintiff**<br>DALEY & ORTON LLC<br>1383 WARWICK AVENUE<br>WARWICK RI 02888 |
| Murray Judicial Complex<br>Newport County<br>45 Washington Square<br>Newport RI 02840<br>(401) 841-8330 | **Address of the Defendant**<br>~~No Known AddressXXxXXX~~<br>CT CORPORATION<br>450 VETERANS MEMORIAL PKWY<br>SUITE 7A EAST PROVIDENCE, RI 02914 |

**TO THE DEFENDANT, Delaware Life Insurance Company:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in **Rule 13(a)** of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for **damage arising** out of your **ownership, maintenance, operation, or control** of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a **counterclaim** any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 8/31/2023. | /s/ John Graziano<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)

9/7/23
DATE
A TRUE COPY ATTEST
VINCENT P CATAMERO
R.I. CONSTABLE #6023



# STATE OF RHODE ISLAND JUDICIARY
## SUPERIOR COURT

| **Plaintiff** <br> Louise Moskowitz <br> v. <br> Delaware Life Insurance Company <br> **Defendant** | **Civil Action File Number** <br> NC-2023-0290 |
|---|---|

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Delaware Life Insurance Company, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person of suitable age and discretion _____
   Address of dwelling house or usual place of abode _____

   Age _____
   Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
   _____

☐ With a guardian or conservator of the Defendant.
   Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
   Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY
## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation _____
☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation _____
☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

SERVICE DATE: ____/____/____   SERVICE FEE $ _____
             Month  Day  Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

_____

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____
County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised November 2022)

Case Number: NC-2023-0290
Filed in Newport County Superior Court
Submitted: 8/31/2023 8:41 AM
Envelope: 4255524
Reviewer: Patricia B.

KMD:jmr  7640  \Complaint_8.30.23

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC. | SUPERIOR COURT |
| LOUISE M. MOSKOWITZ as Executrix<br>of the Estate of Joseph J. Palagi | : |
| VS. | : C.A. NO. |
| DELAWARE LIFE INSURANCE COMPANY | : |

## COMPLAINT

### I. The Parties

1. The Plaintiff, Louise M. Moskowitz (hereinafter "Mrs. Moskowitz"), is a natural person who resides in the Town of Smithfield, County of Providence, State of Rhode Island. At all times material hereto, Mrs. Moskowitz was and is the duly appointed Executrix of the Estate of Joseph J. Palagi (hereinafter "Mr. Palagi").

2. The Defendant, Delaware Life Insurance Company (hereinafter "Delaware Life"), is a corporate entity that is in the business of selling various insurance and investment products, including annuities.

### II. The Facts

3. Joseph J. Palagi became deceased on or about July 7, 2022.

4. Prior to Mr. Palagi's death, he had executed a Last Will and Testament that appointed Mrs. Moskowitz as the executrix of his estate.

5. Following his death, a probate estate was opened in the Town of Pawtucket, County of Providence, State of Rhode Island entitled "*The Estate of Joseph J. Palagi.*" In addition, pursuant to the terms and conditions of the Last Will and Testament referenced in the previous paragraph, Mrs. Moskowitz was appointed as the executrix of the estate.

Case Number: NC-2023-0290
Filed in Newport County Superior Court
Submitted: 8/31/2023 8:41 AM
Envelope: 4255524
Reviewer: Patricia B.

KMD:jmr 7640 \Complaint_8 30 23

| | |
|---|---|
| STATE OF RHODE ISLAND<br>PROVIDENCE, SC. | SUPERIOR COURT |
| LOUISE M. MOSKOWITZ as Executrix<br>of the Estate of Joseph J. Palagi | |
| VS. | C.A. NO. |
| DELAWARE LIFE INSURANCE COMPANY | |

## **COMPLAINT**

### I. **The Parties**

1. The Plaintiff, Louise M. Moskowitz (hereinafter "Mrs. Moskowitz"), is a natural person who resides in the Town of Smithfield, County of Providence, State of Rhode Island. At all times material hereto, Mrs. Moskowitz was and is the duly appointed Executrix of the Estate of Joseph J. Palagi (hereinafter "Mr. Palagi").

2. The Defendant, Delaware Life Insurance Company (hereinafter "Delaware Life"), is a corporate entity that is in the business of selling various insurance and investment products, including annuities.

### II. **The Facts**

3. Joseph J. Palagi became deceased on or about July 7, 2022.

4. Prior to Mr. Palagi's death, he had executed a Last Will and Testament that appointed Mrs. Moskowitz as the executrix of his estate.

5. Following his death, a probate estate was opened in the Town of Pawtucket, County of Providence, State of Rhode Island entitled "*The Estate of Joseph J. Palagi.*" In addition, pursuant to the terms and conditions of the Last Will and Testament referenced in the previous paragraph, Mrs. Moskowitz was appointed as the executrix of the estate.

Case Number: NC-2023-0290
Filed in Newport County Superior Court
Submitted: 8/31/2023 8:41 AM
Envelope: 4255524
Reviewer: Patricia B.

6. Prior to his death, Mr. Palagi had purchased an annuity with Delaware Life with an approximate death benefit of $100,000.00.

7. The owner and beneficiary of the annuity was listed as "Uncle Joe's Limited Partnership Trust."

8. Upon information and belief, there was never an entity known as the "Uncle Joe's Limited Partnership Trust" and no such entity exists today. (See Exhibit 1).

## COUNT I
### Louise M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi v. Delaware Life Insurance Company
*Rhode Island Uniform Declaratory Judgment Act-RIGL Section 9-30-1 et. al. / Injunctive Relief*

9. The Plaintiff, Louise M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi, repeats and realleges the allegations contained in 1 through 8 as if fully set forth herein.

10. Pursuant to the Rhode Island Uniform Declaratory Judgment Act, found at Rhode Island General Laws §9-30-1, et. al., the Plaintiff. Louise M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi, is entitled to a declaration of the following:

   A. That the entity known as "Uncle Joe's Limited Partnership Trust" never existed and does not exist today.

   B. That when Joseph J. Palagi executed the documents to purchase the annuity with Delaware Life Insurance Company, he listed as the beneficiary the "Uncle Joe's Limited Partnership Trust" which never existed and does not exist today.

   C. That as a consequence, the proceeds of the annuity purchased by Joseph J. Palagi, should be payable to Louis M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi and pass pursuant to Joseph J. Palagi's Last Will and Testament accordingly.

2

Case Number: NC-2023-0290
Filed in Newport County Superior Court
Submitted: 8/31/2023 8:41 AM
Envelope: 4255524
Reviewer: Patricia B.

6. Prior to his death, Mr. Palagi had purchased an annuity with Delaware Life with an approximate death benefit of $100,000.00.

7. The owner and beneficiary of the annuity was listed as "Uncle Joe's Limited Partnership Trust."

8. Upon information and belief, there was never an entity known as the "Uncle Joe's Limited Partnership Trust" and no such entity exists today. (See Exhibit 1).

## COUNT I
### Louise M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi v. Delaware Life Insurance Company
*Rhode Island Uniform Declaratory Judgment Act-RIGL Section 9-30-1 et. al. / Injunctive Relief*

9. The Plaintiff, Louise M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi, repeats and realleges the allegations contained in 1 through 8 as if fully set forth herein.

10. Pursuant to the Rhode Island Uniform Declaratory Judgment Act, found at Rhode Island General Laws §9-30-1, et. al., the Plaintiff, Louise M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi, is entitled to a declaration of the following:

A. That the entity known as "Uncle Joe's Limited Partnership Trust" never existed and does not exist today.

B. That when Joseph J. Palagi executed the documents to purchase the annuity with Delaware Life Insurance Company, he listed as the beneficiary the "Uncle Joe's Limited Partnership Trust" which never existed and does not exist today.

C. That as a consequence, the proceeds of the annuity purchased by Joseph J. Palagi, should be payable to Louis M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi and pass pursuant to Joseph J. Palagi's Last Will and Testament accordingly.

2

Case Number: NC-2023-0290
Filed in Newport County Superior Court
Submitted: 8/31/2023 8:41 AM
Envelope: 4255524
Reviewer: Patricia B.

WHEREFORE, the Plaintiff, Louise M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi, prays this Honorable Court to enter judgment in her favor and grant the following relief:

A. That this Honorable Court find and declare that the entity known as "Uncle Joe's Limited Partnership Trust" never existed and does not exist today.

B. That this Honorable Court find and declare that when Joseph J. Palagi executed the documents to purchase the annuity with Delaware Life Insurance Company, he listed as the beneficiary "Uncle Joe's Limited Partnership Trust" which never existed and doesn't exist today.

C. That this Honorable Court find and declare that as a consequence, the proceeds of the annuity purchased by Joseph J. Palagi be payable to Louis M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi and pass pursuant to Joseph J. Palagi's Last Will and Testament accordingly.

D. That this Honorable Court find and declare that the Defendant, Delaware Life Insurance Company be required to pay all costs and attorney's fees incurred by Louis M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi for the prosecution of this action and such other and further relief as this Honorable Court deems just and equitable.

**The Plaintiff, Louis M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi, demands a trial by jury on all counts.**

3

Case Number: NC-2023-0290
Filed in Newport County Superior Court
Submitted: 8/31/2023 8:41 AM
Envelope: 4255524
Reviewer: Patricia B.

WHEREFORE, the Plaintiff, Louise M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi, prays this Honorable Court to enter judgment in her favor and grant the following relief:

A. That this Honorable Court find and declare that the entity known as "Uncle Joe's Limited Partnership Trust" never existed and does not exist today.

B. That this Honorable Court find and declare that when Joseph J. Palagi executed the documents to purchase the annuity with Delaware Life Insurance Company, he listed as the beneficiary "Uncle Joe's Limited Partnership Trust" which never existed and doesn't exist today.

C. That this Honorable Court find and declare that as a consequence, the proceeds of the annuity purchased by Joseph J. Palagi be payable to Louis M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi and pass pursuant to Joseph J. Palagi's Last Will and Testament accordingly.

D. That this Honorable Court find and declare that the Defendant, Delaware Life Insurance Company be required to pay all costs and attorney's fees incurred by Louis M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi for the prosecution of this action and such other and further relief as this Honorable Court deems just and equitable.

**The Plaintiff, Louis M. Moskowitz, as Executrix of the Estate of Joseph J. Palagi, demands a trial by jury on all counts.**

3

Case Number: NC-2023-0290
Filed in Newport County Superior Court
Submitted: 8/31/2023 8:41 AM
Envelope: 4255524
Reviewer: Patricia B.

Plaintiff,
By her Attorney,

/s/ Kevin M. Daley

Kevin M. Daley, Esq. (#4944)
Daley Orton, LLC
1383 Warwick Avenue
Warwick, RI 02888
PHONE: (401) 921-5901
FAX: (401) 921-5902
kdaley@daleyorton.com

Dated: August 30, 2023

Case Number: NC-2023-0290
Filed in Newport County Superior Court
Submitted: 8/31/2023 8:41 AM
Envelope: 4255524
Reviewer: Patricia B.

Plaintiff,
By her Attorney,

/s/ Kevin M. Daley

Kevin M. Daley, Esq. (#4944)
Daley Orton, LLC
1383 Warwick Avenue
Warwick, RI 02888
PHONE: (401) 921-5901
FAX: (401) 921-5902
kdaley@daleyorton.com

Dated: August 30, 2023

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# NOTICE

## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

**To schedule an interpreter for your day in court, you have the following options:**

1. Call the Office of Court Interpreters at (401) 222-8710, or

2. Send an email message to interpreterfeedback@courts.ri.gov, or

3. Visit the interpreters' office to schedule an interpreter:

   The Office of Court Interpreters
   Licht Judicial Complex
   Fourth Floor, Room 401
   250 Benefit Street
   Providence, RI 02903

When requesting an interpreter, please provide the following information:

- The name and number of your case
- The language you are requesting
- The date and time of your hearing
- The location of your hearing
- Your name and a telephone number where we can reach you or your lawyer

---

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the internet:
http://www.courts.ri.gov/Interpreters/englishversion/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Português: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# AVISO

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.



La Orden Ejecutiva 2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, víctima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte. Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.

Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

**Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:**

1. Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710 ;

2. Mandar un correo electrónico a interpreterfeedback@courts.ri.gov; o

3. Presentarse a la Oficina de Intérpretes para solicitar un intérprete:

   The Office of Court Interpreters
   Licht Judicial Complex
   Cuarto Piso, Oficina 401 A-B
   250 Benefit Street
   Providence, RI 02903

   Al solicitar un intérprete, por favor provea la siguiente información:

   - **El nombre y el número de su caso**
   - **El idioma que solicita**
   - **La fecha y hora de su audiencia**
   - **Dónde va a tomar lugar su audiencia**
   - **Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.**

---

Para obtener más información en portugués, ruso o español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi.

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas mejor acceso a los tribunales.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Camboyano: SAMPLE: [Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.]
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Português: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# NOTIFICAÇÃO

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (*Limited-English Proficient*) (LEP) comparece em tribunal, a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu, autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos, sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:

1. Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou

2. Enviar uma mensagem de correio eletrónico para interpreterfeedback@courts.ri.gov, ou

3. Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:

   Gabinete de Intérpretes Judiciais
   Complexo Judicial Licht
   Quarto Piso, Sala 401
   250 Benefit Street
   Providence, RI 02903

Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:

- O nome e número do seu processo
- O idioma que solicita
- A data e hora da sua audiência
- O local da sua audiência
- O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado

---

Para obter mais informações em português, russo e espanhol, incluindo uma lista dos formulários judiciais disponíveis em espanhol, visite o nosso website na internet: http://www.courts.ri.gov/Interpreters/englishversion/default.aspxi.

Para solicitar uma tradução desta notificação para qualquer outro idioma, telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

Gabinete de Intérpretes Judiciais
Complexo Judicial Licht
Quarto Piso, Sala 401
250 Benefit Street
Providence, RI 02903

ទិសសេចក្តីជូនដំណឹងនេះជាភាសាខ្មែរ អេស្បាញ និងព័ត៌មានថ្មីៗលើទំព័រដែលបានភ្ជាប់។

សេចក្តីជូនដំណឹង

លោកអ្នកមានបណ្តឹងនៅក្នុងប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។

លោកអ្នកមានសិទ្ធិស្នើសុំអ្នកបកប្រែដោយឥតគិតថ្លៃសម្រាប់ខ្លួនឯង។



ដីកាប្រតិបត្តិរបស់តុលាការកំពូលនៃ Rhode Island (Rhode Island Supreme Court Executive Order) លេខ 2012-05 បានចែងថានៅពេលបុគ្គលដែលមានចំណេះដឹងភាសាអង់គ្លេសមានកំណត់ (LEP) បណ្តឹងខ្លួននៅក្នុងតុលាការ តុលាការនៃ Rhode Island នឹងផ្តល់អ្នកបកប្រែដែលបានអនុញ្ញាតដោយឥតគិតថ្លៃសម្រាប់ជុំទាំង។ ដើមចោទ សាក្សី ជនរងគ្រោះ មាតាបិតារបស់អនីតិជន ឬរណមាត្រដែលពាក់ព័ន្ធនឹងសំណាន់នៅក្នុងដំណើរការតុលាការ។ សេវាបកប្រែនេះ ត្រូវបានផ្តល់ជូនដោយឥតគិតថ្លៃសម្រាប់គ្រប់ភាសា និងនៅគ្រប់ប្រទេសនៃបណ្តឹង ទាំងរដ្ឋប្បវេណី និងព្រហ្មទណ្ឌ។ អ្នកបកប្រែក្នុងតុលាការធ្វើការនៅក្នុងគ្រប់តុលាការទាំងអស់របស់ប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។ ដើម្បីគ្រោងពេលវេលាអ្នកបកប្រែសម្រាប់ថ្ងៃចូលសវនាការរបស់លោកអ្នក លោកអ្នកមានជម្រើសដូចខាងក្រោម ៖

1. ទូរស័ព្ទមកការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710 ឬ
2. ផ្ញើអ៊ីមែលទៅកាន់ **interpreterfeedback@courts.ri.gov** ឬ
3. ទៅកាន់ការិយាល័យអ្នកបកប្រែដើម្បីគ្រោងពេលវេលាអ្នកបកប្រែ ៖

    The Office of Court Interpreters
    Licht Judicial Complex
    Fourth Floor, Room 401
    250 Benefit Street
    Providence, RI 02903

នៅពេលស្នើសុំអ្នកបកប្រែ សូមផ្តល់ព័ត៌មានដូចខាងក្រោម ៖

- ឈ្មោះ និងលេខបណ្តឹងរបស់លោកអ្នក
- ភាសាដែលលោកអ្នកស្ថើសុំ
- កាលបរិច្ឆេទ និងម៉ោងសវនាការរបស់លោកអ្នក
- ទីកន្លែងសវនាការរបស់លោកអ្នក
- ឈ្មោះ និងលេខទូរស័ព្ទលោកអ្នកដែលយើងខ្ញុំអាចទំនាក់ទំនងលោកអ្នក ឬមេធាវីលោកអ្នកបាន

សម្រាប់ព័ត៌មានបន្ថែមជាភាសាក្នុងទុយប៉ូល រុស្សី និងអេស្បាញ រួមទាំងបញ្ជីទម្រង់បែបបទតុលាការដែលមានជាភាសាអេស្បាញនោះ៖ សូមចូលទៅកាន់គេហទំព័ររបស់យើងខ្ញុំនៅលើអ៊ីនធឺណិត ៖

http://www.courts.ri.gov/Interpreters/englishversion/default.aspx។

ដើម្បីស្នើសុំការបកប្រែសេចក្តីជូនដំណឹងនេះជាភាសាណាមួយផ្សេងទៀត សូមទូរស័ព្ទមកការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710។ កថាការចាំបាច់ដែលត្រូវមានអ្នកនិយោគភាសាដំភ្លេសជាមួយលោកអ្នកនៅពេលណែលលោកអ្នកទូរស័ព្ទចូលា។

តុលាការ Rhode Island ប្តេជ្ញាធ្វើឱ្យតុលាការអាចប្រើប្រាស់បានសម្រាប់មនុស្សគ្រប់គ្នា។

ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការ
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903