# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LOUISE M. MOSKOWITZ, as Executrix of The Estate of Joseph J. Palagi,<br>　　Plaintiff,<br><br>Vs.<br><br>DELAWARE LIFE INSURANCE COMPANY,<br>　　Defendant, | Civil Action No. 1:23-cv-0390-JJM-PAS |
| DELAWARE LIFE INSURANCE COMPANY,<br>　　Plaintiff in Counterclaim<br><br>vs.<br><br>LOUISE M. MOSKOWITZ, as Executrix of The Estate of Joseph J. Palagi<br>　　Counterclaim Defendant. | |
| DELAWARE LIFE INSURANCE COMPANY,<br>　　Third-Party Plaintiff,<br><br>vs.<br><br>LOUISE M. MOSKOWITZ, as Trustee of the Joseph j. Palagi Declaration of Trust – 2004; UNCLE JOE'S LIMITED PARTNERSHIP; And UNCLE JOE'S LIMITED PARTNERSHIP TRUST,<br>　　Third-Party Defendants. | |

**ORDER**

Pending before the Court is Plaintiff's Motion to Withdraw Funds from the Court Registry. After considering the pleadings, the Court **GRANTS** Plaintiff's Motion.

It is hereby **ORDERED** that:

1. The Court will allow the withdrawal of all funds from the Court Registry that were deposited by Delaware Life in the amount of $107,638.17 along with any accrued interest.

2. The withdrawal will be made to the Estate of Joseph J. Palagi in care of Catherine Moskowitz, the Executrix of said Estate with the Employer Identification Number of 92-6385274.

SIGNED THIS __30th__ DAY OF _____JANUARY_____, 2025.

_____
Chief Judge John J. McConnell, Jr.
United States District Court, District of RI


Presented By:

_/s/ Kevin M. Daley_____
Kevin M. Daley (RI Bar #4944)
Daley Orton, LLC.
1383 Warwick Avenue
Warwick, RI 02888
Phone: (401) 521-5901
Fax:   (401) 521-5902
kdaley@daleyorton.com

**CERTIFICATE OF SERVICE**

      I certify that on January 29, 2025, I electronically filed this document through the Court's CM/ECF system and that this document is available for viewing and downloading from the Court's CM/ECF system. All counsel of record have been served by electronic means.

Scott K. Pomeroy
Scott.Pomeroy@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Boston Place, Suite 3500
Boston, MA 02108                                         */s/ Mark Tabala*
                                                                                     _____